# UNITED STATES DISTRICT COURT

## DISRTICT OF MINNESOTA

Monarch (Mankato),

           Respondent,                    No.

          V.

Olabamidele Olumide Bewaji,

           Petitioner.               26-cv-219-PJS/SGE

                                        Date. 1/8/2026

RECEIVED BY MAIL
JAN 1 2 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS. MINNESOTA

## SUE

I hereby sue Monarch Nursing home (Mankato) for unlawful termination of Appointment in the year 2020 without due process, also for Harassment, lied upon and framework by the then director of nursing and Administration director.

I got appointment with monarch nursing home in the year April 2018 as a caregiver. I used to work 16hrs Monday to Sunday, every day. The record is there, it can be confirmed. I even won Employee of the month. You can ask for my file?

We had a new nursing director in the name of Michelle. Michelle, the director of nursing came to meet me on memory care after launch sitting down waiting for the floor to dry up after being mopped. Michelle, the nursing director asked me to go back working and walking on the wet floor, I told her, the floor needs to dry up before I can work or walk on the floor, the nursing director called Admin director and I into her office. The admin director asked the lady who mopped the floor not to always mop all the floor at a time but bit by bit.

Olabamidele bewaji

SCANNED
JAN 1 2 2026 PE
U.S. DISTRICT COURT MPLS

On this day, I was working in memory care, down stairs, a new staff approached me to assist her to lift up a client in the assistant living apartment upstairs. I told her, let us pass through a short cut upstairs, she was assisted.

Two days later, I was working one evening, the nursing director sent someone to me to call me and told me am on suspension, am on under investigation. She walked me out of the premises.

Furthermore, there was no query, no response from me. I was calling both her and the admin director, what did I do? they never told me anything, after like one month, I was asked to come to Admin directors' office and the admin director said I was being investigated for attempting to entrap and assault a seventeen-year-old coworker in the stairwell. she said my appointment has been terminated, that I should sign and collect the termination Letter.

I refused to sign the termination Letter and I also refused to collect it because I never did any wrong and I left. This is a framework and lied upon by the director of administration and director of nursing. However, the director of personnel wasn't aware of all this. she was surprised, asking me what happened?

My question is that why and how on earth has assisting a new coworker turned to entrap and assault? No query was being given to me? no response to it, no panel, no recommendation, no oral warning, no written warning.

Michelle, the director of nursing harassed me, lied upon me and also framed me up.

Monarch nursing home in Mankato is known for framing Africans, black American and terminating their appointment. I can mention 50 people that these were done to but now I have only two peoples' contact because am on incarceration. You can confirm form them. Ayowunmi mabinuori 6186705928, pelumi 5073045133.

Both the director of administration and Michelle's License should be revoked as they are not fit to be a professional.

Now, I am asking for the damaging of $5million from monarch for wrong termination without due process? I am also asking them to provide the video of the assault? Let them prove it?

Olabamidele bewaji